IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Mary Carsten, | : |
| Plaintiff, | : Civil Action No.: 2:12-cv-11881-SFC-PJK |
| v. | : |
| Diversified Adjustment Service, Inc., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days.

Dated: July 16, 2012

Respectfully submitted,

By __/s/ Sergei Lemberg_____

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 16, 2012, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was emailed to the following parties:

E-Mail: jlangendenfer@sdtlawyers.com
E-Mail: jturner@sdtlawyers.com
E-Mail: js@jeffreysmoleklaw.com

            By   /s/ Sergei Lemberg
              Sergei Lemberg, Esq.