UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

Mary Carsten,

            Civil Action No.: 2:12-cv-11881-SFC-PJK

        Plaintiff,

  v.

Diversified Adjustment Service, Inc.,

        Defendant.
_____

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Diversified Adjustment Service, Inc. with prejudice and without costs to any party.

| Mary Carsten | Diversified Adjustment Service, Inc. |
|---|---|
|    /s/ Sergei Lemberg_____ |  /s/ John P. Langenderfer_____ |
| Sergei Lemberg, Esq. |  /s/ Jeffrey C. Turner_____ |
| LEMBERG & ASSOCIATES |  /s/ Jeffrey A. Smolek_____ |
| 1100 Summer Street, 3rd Floor | John P. Langenderfer, Esq. |
| Stamford, CT  06905 | Jeffrey C. Turner, Esq. |
| (203) 653-2250 | Surdyk Dowd & Turner Co., L.P.A. |
| *Attorney for Plaintiff* | 1 Prestige Place, Suite 700 |
|  | Miamisburg, Ohio  45342 |
|  | Attorney for Defendant |
|  |  |
|  | Jeffrey A. Smolek, Esq. |
| _____ | 20 W. Washington Street, Suite 4A |
| SO ORDERED | Clarkson, Michigan 48346 |
|  | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2012, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg_____
                                                  Sergei Lemberg, Esq.