UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY CARSTEN,

    Plaintiff(s),

    V.

CIVIL NO. 12-11881
HON. SEAN F. COX

DIVERSIFIED ADJUSTMENT
SERVICE INC.,

    Defendant(s).
_____/

### ORDER FOR DISMISSAL WITH PREJUDICE

Upon the reading of the stipulation of the parties filed on August 20, 2012, and being fully advised in the premises;

IT IS HEREBY ORDERED that the above captioned case is Dismissed With Prejudice and Without Costs.

    SO ORDERED

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: August 21, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 21, 2012, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager